DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDRICK DALE WARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-1215

[July 9, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Kelly Coates, Jr., Judge; L.T. Case No. 502009CF010055AXXXMB.

Frederick Dale Ward, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., KLINGENSMITH and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***